## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

Debtor: ROBERT R. LEAP
Case Number: 18-70383-JAD     Chapter: 13
Date / Time / Room: WEDNESDAY, MAY 15, 2019 11:00 AM    COURTROOM B

Bankruptcy Judge: JEFFERY A. DELLER
Courtroom Clerk: MARY SCHUETZ
Reporter / ECR: N/A

## Matter:

CONTINUED - Debtor's Objection To Proof Of Claim No. 5 of Laelia, LLC
- Response filed by Claimant 3/18/2019 at ECF No. 31  [Due 3/18/2019]
- Hearing Held 4/5/2019 - Continued To 5/15/2019
R / M #:  25 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: RICHARD G. ALLEN, ESQUIRE
CLAIMANT: LISA CANCANON, ESQUIRE / SOFIA KOVACH, ESQUIRE - via Courtcall for LIELIA, LLC    /Efrem

## Proceedings:

__✓__ Motion is (GRANTED) / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at _____
       _____ To Conciliation Conference For _____ at _____
              _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY / JURY
       _____ Simple / Pretrial Order - NONJURY / JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Modified Order entered 5/15/2019 Granting Motion**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
5/15/19 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA