IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert R. Leap | : | Bankruptcy No. 18-70383-JAD |
| Debtor | : | Chapter 13 |
| _____ | : | Related To Doc. No. 25 |
| Robert R. Leap | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Laelia, LLC | : | |
| Respondent | : | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 5

NOW, on this ___15th___ day of ___May___, 2019, the above-captioned objection having come before this court, it is:

ORDERED, that the Claim No. 5, filed by Respondent, Laelia LLC is DISALLOWED, and the creditor mis file an amended claim by June 15, 2019.

BY THE COURT

_____
Jeffery A. Deller, Judge
United States Bankruptcy Court

CASE ADMINISTRATOR SHALL SERVE:
Robert R. Leap
Richard G. Allen, Esquire
Laelia, LLC c/o Lisa Cancanon
Ronda J. Winnecour, Esquire
Office of United States Trustee

**FILED**
**5/15/19 2:16 pm**
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert R. Leap  
     Debtor

Case No. 18-70383-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: lfin    Page 1 of 1    Date Rcvd: May 15, 2019  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.  
db          +Robert R. Leap,    298 Farmers Turnpike,    Lilly, PA 15938-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: bncmail@w-legal.com May 16 2019 02:46:13      Laelia, LLC,  
           c/o Weinstein & Riley, P.S.,    2001 Western Ave Suite 400,    Seattle, WA 98121-3132  
                                                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:  
         James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         James  Warmbrodt    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC  
          bkgroup@kmllawgroup.com  
         Lisa  Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com  
         Lisa  Cancanon    on behalf of Creditor    Laelia, LLC lisac@w-legal.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,  
          mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                 TOTAL: 7