# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ROBERT R. LEAP,<br><br>        Debtor.<br><br>SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS<br><br>        Movant.<br>        v.<br><br>ROBERT R. LEAP, DEBTOR; LOLA LEAP, CO-DEBTOR; AND RONDA J. WINNECOUR, TRUSTEE<br><br>        Respondents. | Bankruptcy Case No.: 18-70383-JAD<br><br>Chapter: 13<br><br>Hearing date: **September 20, 2019**<br>Hearing time: **11:00 a.m.**<br>Courtroom: B<br><br>Location: U.S. Bankruptcy Court, Penn Traffic Building, First Floor<br>319 Washington Street, Johnstown, PA 15901 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING TO MOTION OF SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS PURSUANT TO SECTION 362(D) OF THE BANKRUPTCY CODE, RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant has filed a Motion relief from the automatic stay and co-debtor stay of 11 U.S.C. §362 and 11 U.S.C. §1301 ("Motion") on August 5, 2019 seeks an order terminating automatic stay that is affecting your rights or property commonly known as 298 Farmers Turnpike, Lilly, PA 15938 (the "Property").

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 22, 2019** ( i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting

the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one**

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **September 20, 2019**, at **11:00 a.m** before the Honorable Jeffery A. Deller, **Courtroom B, U.S. Bankruptcy Court, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. **An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response**.

Dated:   August 5, 2019

Weinstein & Riley, P.S.

/s/ Lisa Cancanon
Lisa Cancanon
Bar ID: 323550
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Facsimile: (206) 269-3493
Email: lisac@w-legal.com
Attorneys for Movant