# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| ROBERT R. LEAP, | Bankruptcy Case No.: 18-70383-JAD |
| Debtor. | |
| SELENE FINANCE, LP, AS SERVICER FOR LAELIA, LLC, ITS SUCCESSORS AND/OR ASSIGNS | Chapter: 13 |
| | Related to Document Nos.: 41, 42 |
| Movant. | |
| v. | |
| ROBERT R. LEAP, DEBTOR; LOLA LEAP, CO-DEBTOR; AND RONDA J. WINNECOUR, TRUSTEE | |
| Respondents. | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I served, a copy of the following papers were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service on **August 5, 2019**.

1. Motion of Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns Pursuant To Section 362(D) of The Bankruptcy Code, Rules 4001 And 9014 of The Federal Rules Of Bankruptcy Procedure For Relief From The Automatic Stay And Co-Debtor Stay
2. Notice of Hearing And Response Deadline Regarding Motion of Selene Finance, LP, as servicer for Laelia, LLC, its successors and/or assigns Pursuant To Section 362(D) of The Bankruptcy Code, Rules 4001 And 9014 of The Federal Rules Of Bankruptcy Procedure For Relief From The Automatic Stay And Co-Debtor Stay
3. Proposed Order Granting Motion for Relief From Automatic Stay and Co-Debtor Stay
4. Exhibits

**Method of Service**: U.S. first class Mail, postage pre-paid envelope.

Robert R. Leap
298 Farmers Turnpike
Lilly, PA 15938
**Debtor via First-Class Mail**

Lola Leap
298 Farmers Turnpike
Lilly, PA 15938
**Co-Debtor via First-Class Mail**

Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434
43 West Market Street
Blairsville, PA 15901
**Attorney for Debtor via First-Class Mail**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Trustee via First-Class Mail**

**U.S. Trustee via First-Class Mail**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


**Parties that are requesting for Notices via First-Class Mail:**
James C. Warmbrodt, Esquire Attorney
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

EXECUTED ON: August 5, 2019

        By:    /s/ Lisa Cancanon
              Lisa Cancanon
              Weinstein & Riley, P.S.
              Bar ID: 323550
              11101 West 120th Avenue #280
              Broomfield, CO 80021
              Telephone: (303) 539-8600
              Facsimile: (206) 269-3493
              Email: lisac@w-legal.com
              Attorneys for Movant