IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert R. Leap | : | Case No. 18-70383-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| | : | Related to Doc. 41 |
| _____: | | Response Date:  08/22/2019 |
| Selene Finance | : | Hearing Date:  09/20/2019 at 11:00 AM |
| Movant | : | Document No: 46 |
| | : | |
| vs | : | |
| Robert R. Leap | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on August 22nd, 2019.  The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

Executed on August 22nd, 2019:          **/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

P.O. Box 434, 43 West Market Street

Blairsville, PA 15717

PA ID # 304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com

Attorney for Debtor

**SERVICE BY FIRST CLASS MAIL**

Mr. Robert Leap

298 Farmers Turnpike

Lilly PA 15938-5410


Lisa Cancanon

Weinstein & Riley, P.S.

11101 West 120th Avenue Ste 280

Broomfield CO 80021-2756


**SERVICE BY ELECTRONIC NOTIFICATION**

Ronda J. Winnecour, Trustee

Suite 3250, USX Tower

600 Grant Street

Pittsburgh, PA 15219

E-mail: cmecf@chapter13trusteewdpa.com


U.S. Trustee

Office of the U.S. Trustee

Liberty Center

1001 Liberty Avenue, Suite 970

Pittsburgh, PA 15222

E-mail: ustpregion03.pi.ecf@usdoj.gov