# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | ROBERT R. LEAP |
| Case Number: | 18-70383-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 29, 2019 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/29/19 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#13 - Continued Confirmation of Plan Dated 5/22/2018 (NFC)
R / M #: 13 / 0

**Appearances:**

Debtor: *[signature: Allen]*
Trustee: Winnecour / Pail / **(Katz)** / DeSimone
Creditor:

*[handwritten: Last payment 4/4/19   Arrears $6575 thru 8/19]*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

As a result of indicated defaults, the Trustee requests dismissal without prejudice. Debtor's attorney cannot consent or indicate no objection but advises he/she has no defense.