**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| ROBERT R. LEAP, | : | Bankruptcy No. 18-70383-JAD |
| | : | Related To Doc. No. 47 |
| Debtor. | : | Chapter 13 |
| ―――――――――――――――――― X | | |

## ORDER SETTING RULE TO SHOW CAUSE

**AND NOW**, this **12th** day of **September**, 2019, **IT APPEARS TO THE COURT** that:

1. The above-captioned Chapter 13 petition was filed on **May 22, 2018**. The petition was completed on June 13, 2018.

2. A meeting of creditors was scheduled for **August 17, 2018**. On **August 23, 2018**, a member of the Clerk's staff placed an entry on the docket at **Doc. No. 20**, indicating that the meeting of creditors was held but CONTINUED.

3. The meeting of creditors was continued to **December 6, 2018**. On **December 6, 2018**, a member of the Clerk's staff placed an entry on the docket at **Doc. No. 24**, indicating that the meeting of creditors was held and CONTINUED.

4. The meeting of creditors was continued to **February 28, 2019**. On **March 4, 2019**, a member of the Clerk's staff placed an entry on the docket at **Doc. No. 30**, indicating that the meeting ofg creditors was held and CONTINUED.

5. The meeting of creditors was continued to **June 27, 2019**. On **July 1, 2019**, a member of the Clerk's staff placed an entry on the docket at **Doc. No. 40**, indicating that the meeting of creditors was held and CONTINUED.

6. The meeting of creditors was continued to **August 29, 2019**. On **August 29, 2019**, a member of the Clerk's staff placed an entry on the docket at **Doc. No. 47**, indicating that the meeting of creditors was held, but as a result of indicated defaults, the Trustee requests dismissal without prejudice.

**NOW THEREFORE**, it is **HEREBY ORDERED, ADJUDGED**, and **DECREED** that a **RULE TO SHOW CAUSE To Determine Why The Case Should Not Be Dismissed** is scheduled for **Friday, October 18, 2019**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.* Written responses are due by **October 11, 2019**.

**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

mas

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 18-70383-JAD
Robert R. Leap                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 1           Date Rcvd: Sep 12, 2019
                              Form ID: pdf900         Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +Robert R. Leap,    298 Farmers Turnpike,    Lilly, PA 15938-5410
14886708        CACH, LLC its successors and assigns as assignee,    of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14851180       +ENT Associates of Johnstown,    348 Budfield Street,   Johnstown, PA 15904-3214
14851181        EOS CCA,   P.O. Box 981002,   Boston, MA 02298-1002
14851183       +K.B. Auto Specialists,    4483 Portage Street,   Box 160,   Portage, PA 15946-0160
14892144       +Kick Bro's Inc. KB Auto Specialists,    C/O KB Auto Specialists,   Bx 160,   4483 Portage St.,
                 Portage, PA 15946-0160
14851184        Receivables Outsourcing, LLC,    P.O. Box 62850,   Baltimore, MD 21264-2850
14851186       +Stern and Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14851187        UPMC Health Services,    P.O. Box 371472,   Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Sep 13 2019 02:41:15     Laelia, LLC,
                 c/o Weinstein & Riley, P.S.,   2001 Western Ave Suite 400,    Seattle, WA 98121-3132
14851179       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 13 2019 02:41:29
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
14875458       +E-mail/Text: bankruptcy@cavps.com Sep 13 2019 02:41:22     Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14851182        E-mail/Text: cio.bncmail@irs.gov Sep 13 2019 02:40:28     Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14883248        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:45:21
                 LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14890993       +E-mail/Text: bkteam@selenefinance.com Sep 13 2019 02:40:27     Laelia, LLC,
                 c/o Selene Finance,   9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14851185       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:55:35
                 Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Selene Finance
cr              Selene Finance LP as servicer for Laelia, LLC
cr              Toyota Lease Trust
14862288*       Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com
              Lisa   Cancanon    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               lisac@w-legal.com
              Lisa   Cancanon    on behalf of Creditor    Laelia, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8
```