# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT R. LEAP
**Case Number:** 18-70383-JAD        **Chapter:** 13

**Date / Time / Room:** FRIDAY, SEPTEMBER 20, 2019   11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay And Co-Debtor Stay filed by Selene Finance, L.P., as Servicer For Laelia, LLC, Its Successors and/or Assigns Pursuant To § 362(d) of the Bankruptcy Code, Rules 4001 And 9014 Of The Federal Rules of Bankruptcy Procedure
- Response Filed 8/22/2019 at ECF No. 45  [Due 8/22/2019]
**R / M #:** 41 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: RICHARD G. ALLEN, ESQUIRE
CREDITOR: LISA CANCANON, ESQUIRE for SELENE FINANCE  /Brian Litzinv

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ✓ To Hearing Date Of October 18, 2019 at 11:00 AM/PM at ____
   ___ To Conciliation Conference For ____ at ____ AM/PM at ____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ____
___ OTHER:

**- Text Order to be issued continuing hearing to 10/18/2019 at 11:00 AM**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
9/20/19 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA