# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT R. LEAP
**Case Number:** 18-70383-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, OCTOBER 18, 2019 11:00 AM    COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

RULE TO SHOW CAUSE To Determine Why The Case SHould Not Be Dismissed - Response filed by Debtor 10/11/2019 at ECF No. 52 [Due 10/11/2019]
R / M #:  47 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: RICHARD G. ALLEN, ESQUIRE

## Proceedings:    *C.Trin*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at ___ AM/PM at _____
    ___ To Conciliation Conference For _____ at ___ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

**\* ORDER**

*The Rule is discharged.*

*/s/ Jeffery A. Deller*    10-18-2019
JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
10/18/19 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-70383-JAD
Robert R. Leap                                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: aala                    Page 1 of 1                Date Rcvd: Oct 18, 2019
                                Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db              +Robert R. Leap,    298 Farmers Turnpike,    Lilly, PA 15938-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
           bkgroup@kmllawgroup.com
          Lisa   Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com
          Lisa   Cancanon    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
           lisac@w-legal.com
          Lisa   Cancanon    on behalf of Creditor    Laelia, LLC lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8