UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT R. LEAP
**Case Number:** 18-70383-JAD          **Chapter:** 13
**Date / Time / Room:** FRIDAY, OCTOBER 18, 2019 11:00 AM    COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter: CONTINUED

Motion For Relief From The Automatic Stay And Co-Debtor Stay filed by Selene Finance, L.P., as Servicer For Laelia, LLC, Its Successors and/or Assigns Pursuant To § 362(d) of the Bankruptcy Code, Rules 4001 And 9014 Of The Federal Rules of Bankruptcy Procedure
- Response Filed 8/22/2019 at ECF No. 45  [Due 8/22/2019]
- Hearing Held 9/20/2019 - Continued To 10/18/2019

R / M #:  41 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR:  RICHARD G. ALLEN, ESQUIRE
CREDITOR:  LISA CANCANON, ESQUIRE / BRIAN LITZINER, ESQUIRE for SELENE FINANCE

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ✓ For At Least  120  Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order to be issued continuing hearing for at least 120 days**

FILED
10/21/19 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge