IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/21/19 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

ROBERT R. LEAP,                                   :   Bankruptcy No. 18-70383-JAD
                                                  :
            Debtor.                               :   Chapter 13
_____ X
SELENE FINANCE, L.P., AS SERVICER                 :
FOR LAELIA, LLC, ITS SUCCESSORS                   :
AND/OR ASSIGNS,                                   :
                                                  :
            Movant,                               :
                                                  :
    v.                                            :   Related To ECF No. 41
                                                  :
ROBERT R. LEAP, LOLA LEAP, and                    :
RONDA J. WINNECOUR, TRUSTEE,                      :
                                                  :
            Respondents.                          :
_____ X

ORDER CONTINUING HEARING

AND NOW, this **21st** day of **October**, 2019, a continued hearing having been held on October 18, 2019, regarding the Motion For Relief From The Automatic Stay And Co-Debtor Stay filed by Selene Finance, L.P., as Servicer for Laelia, LLC, its Successors and/or Assigns Pursuant To § 362(d) of the Bankruptcy Code, Rules 4001 And 9014 of the Federal Rules of Bankruptcy Procedure, and the responsive pleading filed by Debtor at ECF No. 45;

**IT IS HEREBY ORDERED** that hearing on the above-referenced matter is **CONTINUED TO Wednesday, February 19, 2020**, at **11:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*.

_____  mas
Jeffery A. Deller
United States Bankruptcy Judge

* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, PA or in Courtroom D in Pittsburgh, PA.

CASE ADMINISTRATOR SHALL SERVE:
    Robert R. Leap
    Richard G. Allen, Esquire
    Brian Litziner, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 18-70383-JAD
Robert R. Leap                                                     Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7         User: aala              Page 1 of 1             Date Rcvd: Oct 21, 2019
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db             +Robert R. Leap,    298 Farmers Turnpike,    Lilly, PA 15938-5410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               bkgroup@kmllawgroup.com
              Lisa  Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com
              Lisa  Cancanon    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               lisac@w-legal.com
              Lisa  Cancanon    on behalf of Creditor    Laelia, LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8