**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70383-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert R. Leap
298 Farmers Turnpike
Lilly PA 15938

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/17/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: Laelia, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042 | Bonifera LLC<br>SN Servicing Corporation<br>323 Fifth St<br>Eureka, CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/20/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70383-JAD
Robert R. Leap                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: aala    Page 1 of 1    Date Rcvd: Jun 18, 2020
                 Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14890993     +E-mail/Text: bkteam@selenefinance.com Jun 19 2020 04:01:03     Laelia, LLC,
       c/o Selene Finance,  9990 Richmond Ave, Suite 400 South,  Houston, TX 77042-4546
                                                                                                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
       James   Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
       James   Warmbrodt    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC bkgroup@kmllawgroup.com
       Lisa   Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com
       Lisa   Cancanon    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC lisac@w-legal.com
       Lisa   Cancanon    on behalf of Creditor    Laelia, LLC lisac@w-legal.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                         TOTAL: 8