IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Robert R. Leap | : | Bankruptcy No. 18-70383-JAD |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | |
| | : | Related to Doc. Nos. 64, 18 |
| v. | : | |
| | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to Selene Finance, as servicer for Laelia, LLC in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client Selene Finance, as servicer for Laelia, LLC in the above-captioned case, and (b) has informed and received the consent of Selene Finance, as servicer for Laelia, LLC to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date: 7/6/2020    Movant/Attorney: /s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
11101 West 120th Ave, Ste 280
Broomfield, Colorado 80021
Phone: (303) 539-8607
Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case. Counsel shall serve a copy of this Order on Laelia, LLC and file proof of service.

Date: July 10, 2020

Jeffery A. Deller
United States Bankruptcy Judge

FILED
7/10/20 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 17  (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert R. Leap  
    Debtor

Case No. 18-70383-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: dkam      Page 1 of 1      Date Rcvd: Jul 10, 2020  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db         +Robert R. Leap,   298 Farmers Turnpike,   Lilly, PA 15938-5410  
           +Lisa Cancanon, Esq.,   Weinstein & Riley, P.S.,   11101 West 120th Ave, Ste 280,  
            Broomfield, CO 80021-2756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:  
       James  Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
       James  Warmbrodt   on behalf of Creditor   Selene Finance LP as servicer for Laelia, LLC  
        bkgroup@kmllawgroup.com  
       Lisa  Cancanon   on behalf of Creditor   Laelia, LLC lisac@w-legal.com  
       Lisa  Cancanon   on behalf of Creditor   Selene Finance lisac@w-legal.com  
       Lisa  Cancanon   on behalf of Creditor   Selene Finance LP as servicer for Laelia, LLC  
        lisac@w-legal.com  
       Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
       Richard G. Allen   on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,  
        mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
       Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                   TOTAL: 8