**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert R. Leap**
Debtor(s)

Bankruptcy Case No.: 18−70383−JAD
Related To Doc. No. 68
Chapter: 13
Docket No.: 69 − 68
Concil. Conf.: January 21, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 5, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 20, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 21, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70383-JAD
Robert R. Leap                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch          Page 1 of 1          Date Rcvd: Sep 21, 2020
                              Form ID: 410        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
```
db          +Robert R. Leap,    298 Farmers Turnpike,    Lilly, PA 15938-5410
15255512    +Bonifera LLC,    SN Servicing Corporation,    323 Fifth St,    Eureka, CA 95501-0305
14886708     CACH, LLC its successors and assigns as assignee,    of CitiFinancial, Inc.,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14851180    +ENT Associates of Johnstown,    348 Budfield Street,    Johnstown, PA 15904-3214
14851181     EOS CCA,    P.O. Box 981002,    Boston, MA 02298-1002
14851183    +K.B. Auto Specialists,    4483 Portage Street,    Box 160,    Portage, PA 15946-0160
14892144    +Kick Bro's Inc. KB Auto Specialists,    C/O KB Auto Specialists,    Bx 160,    4483 Portage St.,
              Portage, PA 15946-0160
14851184     Receivables Outsourcing, LLC,    P.O. Box 62850,    Baltimore, MD 21264-2850
14851186    +Stern and Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
14851187     UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bncmail@w-legal.com Sep 22 2020 03:57:48     Laelia, LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave Suite 400,    Seattle, WA 98121-3132
14851179    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 22 2020 03:57:54
              Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1873
14875458    +E-mail/Text: bankruptcy@cavps.com Sep 22 2020 03:57:50     Cavalry Investments, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14851182     E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 22 2020 03:57:14     Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14883248     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:06:22
              LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
              Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14890993    +E-mail/Text: bkteam@selenefinance.com Sep 22 2020 03:57:14     Laelia, LLC,
              c/o Selene Finance,    9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
14851185    +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 22 2020 04:07:01
              Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Selene Finance
cr           Selene Finance LP as servicer for Laelia, LLC
cr           Toyota Lease Trust
14862288*    Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
                                                                                      TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:
```
              Brian   Nicholas    on behalf of Creditor    Toyota Lease Trust bnicholas@kmllawgroup.com
              Brian   Nicholas    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               bnicholas@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    Selene Finance lisac@w-legal.com,   Llombardi06@law.du.edu
              Lisa   Cancanon    on behalf of Creditor    Selene Finance LP as servicer for Laelia, LLC
               lisac@w-legal.com,   Llombardi06@law.du.edu
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```