# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ROBERT R LEAP | CASE NO: 18-70383 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 11/3/2020, I did cause a copy of the following documents, described below,

Notice of Proposed Modification and Amended Chapter 13 Plan

Proof of Payment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2020

/s/ Richard G. Allen
Richard G. Allen  304865
Law Offices of Richard G. Allen
201 Penn Center Blvd., Suite 400
Pittsburgh, PA  15235
412 229 2107

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT R LEAP | CASE NO: 18-70383 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/3/2020, a copy of the following documents, described below,

Notice of Proposed Modification and Amended Chapter 13 Plan

Proof of Payment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard G. Allen
Law Offices of Richard G. Allen
201 Penn Center Blvd., Suite 400
Pittsburgh, PA  15235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | RICHARD G ALLEN | BAYVIEW FINANCIAL LOAN |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03157 | LAW OFFICES OF RICHARD G ALLEN | ATTN BANKRUPTCY DEPT |
| CASE 18-70383-JAD | 201 PENN CENTER BLVD | 4425 PONCE DE LEON BLVD 5TH FLOOR |
| WESTERN DISTRICT OF PENNSYLVANIA | SUITE 400 | CORAL GABLES FL 33146-1873 |
| JOHNSTOWN | PITTSBURGH PA 15235-5441 | |
| TUE NOV 3 15-21-39 EST 2020 | | |

BONIFERA LLC
SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

CACH LLC ITS SUCCESSORS AND ASSIGNS AS ASSI
OF CITIFINANCIAL INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LISA CANCANON
WEINSTEIN  RILEY PS
11101 WEST 120TH AVENUE
280
BROOMFIELD CO 80021-2756

CAVALRY INVESTMENTS LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

ENT ASSOCIATES OF JOHNSTOWN
348 BUDFIELD STREET
JOHNSTOWN PA 15904-3214

EOS CCA
PO BOX 981002
BOSTON MA 02298-1002

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

KB AUTO SPECIALISTS
4483 PORTAGE STREET
BOX 160
PORTAGE PA 15946-0160

KICK BROS INC KB AUTO SPECIALISTS
CO KB AUTO SPECIALISTS
BX 160
4483 PORTAGE ST
PORTAGE PA 15946-0160

LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS
ASSIGNEE OF NORTH STAR CAPITAL ACQUISITION LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAELIA LLC
CO WEINSTEIN  RILEY PS
2001 WESTERN AVE SUITE 400
SEATTLE WA 98121-3132

LAELIA LLC
CO SELENE FINANCE
9990 RICHMOND AVE SUITE 400 SOUTH
HOUSTON TX 77042-4546

DEBTOR
ROBERT R LEAP
298 FARMERS TURNPIKE
LILLY PA 15938-5410

BRIAN NICHOLAS
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

RECEIVABLES OUTSOURCING LLC
PO BOX 62850
BALTIMORE MD 21264-2850

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

STERN AND EISENBERG PC
1581 MAIN STREET SUITE 200
WARRINGTON PA 18976-3403

UPMC HEALTH SERVICES
PO BOX 371472
PITTSBURGH PA 15250-7472

RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702