**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|   |   |   |
|---|---|---|
| **Robert R. Leap** | : | Case No. 18-70383-JAD |
| Debtor | : | Chapter 13 |
| _____ | : |   |
| **Robert R. Leap** | : | Docket No. 76 |
| Movant | : |   |
|   | : |   |
| vs. | : |   |
|   | : |   |
| **Ronda J. Winnecour, Esq.** | : |   |
| **Chapter 13 Trustee** | : |   |
| Respondent | : |   |

**CERTIFICATE OF SERVICE OF ORDER DATED 11-09-2020**

    I hereby certify that on the 8th Day of November 2020, I served one true and correct copy of the Order dated November 4th, 2020 on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows and by email as indicated below:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Mr. Robert R. Leap
3743 Pitt Street
Schellsburg PA 15559

BAYVIEW FINANCIAL LOAN
ATTN BANKRUPTCY DEPT
4425 PONCE DE LEON BLVD 5TH FLOOR
CORAL GABLES FL 33146-1873

BONIFERA LLC
SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

Ronda J. Winnecour, Esq.
Chapter 13 Trustee, W.D. PA.

CACH LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIFINANCIAL INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LISA CANCANON
WEINSTEIN RILEY PS
11101 WEST 120TH AVENUE 280
BROOMFIELD CO 80021-2756

cmecf@chapter13trusteewdpa.com

CAVALRY INVESTMENTS LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-2321

ENT ASSOCIATES OF JOHNSTOWN
348 BUDFIELD STREET
JOHNSTOWN PA 15904-3214

EOS CCA
PO BOX 981002
BOSTON MA 02298-1002

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | LAELIA LLC<br>CO WEINSTEIN RILEY PS<br>2001 WESTERN AVE SUITE 400<br>SEATTLE WA 98121-3132 | RECEIVABLES OUTSOURCING LLC<br>PO BOX 62850<br>BALTIMORE MD 21264-2850 |
| KB AUTO SPECIALISTS<br>4483 PORTAGE STREET BOX 160<br>PORTAGE PA 15946-0160 | LAELIA LLC<br>CO SELENE FINANCE<br>9990 RICHMOND AVE SUITE 400 SOUTH<br>HOUSTON TX 77042-4546 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| KICK BROS INC KB AUTO SPECIALISTS<br>CO KB AUTO SPECIALISTS BX 160<br>4483 PORTAGE ST<br>PORTAGE PA 15946-0160 | BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 | STERN AND EISENBERG PC<br>1581 MAIN STREET SUITE 200<br>WARRINGTON PA 18976-3403 |
| LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNEE OF NORTH STAR CAPITAL ACQUISITION LLC | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 | UPMC HEALTH SERVICES<br>PO BOX 371472<br>PITTSBURGH PA 15250-747 |

<u>EXECUTED ON: November 9th, 2020:</u>

Respectfully Submitted:
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
201 Penn Center Blvd., Ste 400
Pittsburgh, PA 15235
(412) 229-2107
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor