**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT R. LEAP | Case No. 18-70383JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant vs. | Document No __ |
| BONIFERA LLC | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

LOAN HAS BEEN SERVICE RELEASED TO LAND HOME FINANCIAL

BONIFERA LLC
C/O SN SERVICING CORP(*)
323 5TH ST*
EUREKA, CA 95501

Court claim# 5-3/Trustee CID# 16

The Movant further certifies that on 04/14/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| ROBERT R. LEAP, 298 FARMERS TURNPIKE, LILLY, PA  15938 | RICHARD G ALLEN ESQ*, 201 PENN CENTER BLVD STE 400, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR'S COUNSEL: WEINSTEIN & RILEY PS, 2001 WESTERN AVE STE 400, SEATTLE, WA  98121 | : LAND HOME FINANCIAL SERVICES LLC, 3611 SOUTH HARBOR BLVD STE 100, SANTA ANA, CA  92704 |
| ORIGINAL CREDITOR: BONIFERA LLC, C/O SN SERVICING CORP(*), 323 5TH ST*, EUREKA, CA 95501 | |
| NEW CREDITOR: | |