## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT R. LEAP                                   Case No. 18-70383JAD

                    Debtor(s)

RONDA J. WINNECOUR,                               Chapter 13
Standing Chapter 13 Trustee,

                    Movant
            vs.                                  Document No __

BONIFERA LLC

                    Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

        LOAN HAS BEEN SERVICE RELEASED TO LAND HOME FINANCIAL

BONIFERA LLC                         Court claim# 5-3/Trustee CID# 15
C/O SN SERVICING CORP(*)
323 5TH ST*
EUREKA, CA 95501


The Movant further certifies that on 04/14/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                     /s/ Ronda J. Winnecour
                                     RONDA J WINNECOUR PA ID #30399
                                     CHAPTER 13 TRUSTEE WD PA
                                     600 GRANT STREET
cc:  debtor(s)                       SUITE 3250 US STEEL TWR
     original creditor               PITTSBURGH, PA  15219
     putative creditor               (412) 471-5566
     counsel for debtor(s)           cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
ROBERT R. LEAP, 298 FARMERS
TURNPIKE, LILLY, PA  15938

DEBTOR'S COUNSEL:
RICHARD G ALLEN ESQ*, 201 PENN
CENTER BLVD STE 400,
PITTSBURGH, PA  15235

ORIGINAL CREDITOR'S COUNSEL:
WEINSTEIN & RILEY PS, 2001
WESTERN AVE STE 400, SEATTLE,
WA  98121

:
LAND HOME FINANCIAL SERVICES
LLC, 3611 SOUTH HARBOR BLVD
STE 100, SANTA ANA, CA  92704

ORIGINAL CREDITOR:
BONIFERA LLC, C/O SN SERVICING
CORP(*), 323 5TH ST*, EUREKA, CA
95501

NEW CREDITOR: