UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ROBERT R. LEAP<br><br>          Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  ROBERT R. LEAP<br><br>          Respondents | Case No.18-70383JAD<br><br>Chapter 13<br><br> Related to<br>Document No.___97___ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

  AND NOW, this ___10th___ day of ___July___ , 20 23, it is hereby ORDERED, ADJUDGED, and DECREED that,

Robert R. Leap
298 Farmers Turnpike
Lilly, PA 15938

is hereby ordered to immediately terminate the attachment of the wages of ROBERT R. LEAP, social security number XXX-XX-2380.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT R. LEAP.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
7/10/23 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70383-JAD |
| Robert R. Leap | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

**Recip ID        Recipient Name and Address**
db              + Robert R. Leap, 298 Farmers Turnpike, Lilly, PA 15938-5410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 12, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Brian Nicholas
                on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian Nicholas
                on behalf of Creditor Selene Finance LP as servicer for Laelia  LLC bnicholas@kmllawgroup.com

Lisa Cancanon
                on behalf of Creditor Selene Finance lisac@w-legal.com  Llombardi06@law.du.edu

Lisa Cancanon
                on behalf of Creditor Selene Finance LP as servicer for Laelia  LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com
                mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Jul 10, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7