# IN THE UITED STATES BANKRUPCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# (JOHNSTOWN)

| | |
|---|---|
| IN RE: ) | |
| ROBERT R. LEAP ) | CHAPTER 13 |
| ) | |
| DEBTOR ) | CASE NO. 7:18-bk-70383-JAD |
| ) | |
| MCLP ASSET COMPANY, INC. ) | JUDGE JEFFERY A. DELLER |
| ) | |
| CREDITOR ) | |
| ) | |
| ROBERT R. LEAP, DEBTOR, AND ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc., and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 13th day of July 2023

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th of July 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 7:18-bk-70383-JAD)**

*DEBTOR*
ROBERT R. LEAP
298 FARMERS TURNPIKE
LILLY, PA 15938

*ATTORNEYS*
RICHARD G. ALLEN
LAW OFFICES OF RICHARD G. ALLEN
P.O. BOX 401
DELMONT, PA 15626
ECF@JOHNSTOWNBANKRUPTCY.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV