**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert R. Leap**
  Debtor(s)

Bankruptcy Case No.: 18−70383−JAD
Related to Doc. #105
Chapter: 13
Docket No.: 106 − 105

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of October, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/11/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/15/23 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/11/23.**

                                                  <u>Jeffery A. Deller</u>
                                                  United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70383-JAD
Robert R. Leap     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 3
Date Rcvd: Oct 27, 2023    Form ID: 408    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R. Leap, 298 Farmers Turnpike, Lilly, PA 15938-5410 |
| cr | + | Land Home Financial Services, as servicer for Lae, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| cr | + | MCLP Asset Company, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| 15255512 | + | Bonifera LLC, SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305 |
| 14851180 | + | ENT Associates of Johnstown, 348 Budfield Street, Johnstown, PA 15904-3214 |
| 14851183 | + | K.B. Auto Specialists, 4483 Portage Street, Box 160, Portage, PA 15946-0160 |
| 14892144 | + | Kick Bro's Inc. KB Auto Specialists, C/O KB Auto Specialists, Bx 160, 4483 Portage St., Portage, PA 15946-0160 |
| 15453158 | + | Land Home Financial Services, 3611 S Harbor Blvd Ste 100, Santa Ana, CA 92704-7915 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:14:10 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:14:05 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 28 2023 00:04:00 | Laelia, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave Suite 400, Seattle, WA 98121-3132 |
| 14851179 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 28 2023 00:03:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14886708 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:13:46 | CACH, LLC its successors and assigns as assignee, of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875458 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2023 00:04:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14851181 | | Email/Text: bankruptcydepartment@tsico.com | Oct 28 2023 00:04:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 14851182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2023 00:03:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14883248 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:21 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890993 | + | Email/Text: bkteam@selenefinance.com | Oct 28 2023 00:03:00 | Laelia, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 24 |

| 15620241 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 28 2023 00:03:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14851184 | ^ | MEBN | Oct 27 2023 23:57:43 | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14851185 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:01:48 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14851186 | ^ | MEBN | Oct 27 2023 23:57:46 | Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14851187 | ^ | MEBN | Oct 27 2023 23:57:25 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Selene Finance |
| cr | | Selene Finance LP as servicer for Laelia, LLC |
| cr | | Toyota Lease Trust |
| 14862288 | * | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Selene Finance LP as servicer for Laelia  LLC bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Lisa Cancanon | on behalf of Creditor Selene Finance lisac@w-legal.com  Llombardi06@law.du.edu |
| Lisa Cancanon | on behalf of Creditor Selene Finance LP as servicer for Laelia  LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 24 |

                ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen

                on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com
                mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

                cmecf@chapter13trusteewdpa.com

TOTAL: 8