IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-70383-JAD |
| Robert R. Leap | : | |
| | : | |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On November 16th, 2022, at docket number 95, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

5. This Certification is being signed under penalty of perjury by the Undersigned Counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date:   December 10th, 2023:          Respectfully Submitted:

**/s/ Richard G. Allen, Esquire**
Richard G. Allen, Esquire
P.O. Box 401
Delmont, PA 15626
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtor

**PAWB Local Form 24 (07/13)**