IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT R. LEAP

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:18-70383 JAD

Chapter 13

Related to ECF No. 105

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 12th day of December, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
12/12/23 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER  jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-70383-JAD
Robert R. Leap     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3
Date Rcvd: Dec 12, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R. Leap, 298 Farmers Turnpike, Lilly, PA 15938-5410 |
| cr | + | Land Home Financial Services, as servicer for Lae, Land Home Financial Services, Inc., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| cr | + | MCLP Asset Company, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| cr | + | MCLP Asset Company, Inc. as serviced by NewRez LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 15255512 | + | Bonifera LLC, SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305 |
| 14851180 | + | ENT Associates of Johnstown, 348 Budfield Street, Johnstown, PA 15904-3214 |
| 14851183 | + | K.B. Auto Specialists, 4483 Portage Street, Box 160, Portage, PA 15946-0160 |
| 14892144 | + | Kick Bro's Inc. KB Auto Specialists, C/O KB Auto Specialists, Bx 160, 4483 Portage St., Portage, PA 15946-0160 |
| 15453158 | + | Land Home Financial Services, 3611 S Harbor Blvd Ste 100, Santa Ana, CA 92704-7915 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:49 | CACH LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:15:50 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 13 2023 00:10:00 | Laelia, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave Suite 400, Seattle, WA 98121-3132 |
| 14851179 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 13 2023 00:08:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 14886708 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:19 | CACH, LLC its successors and assigns as assignee, of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875458 | + | Email/Text: bankruptcy@cavps.com | Dec 13 2023 00:10:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14851181 | | Email/Text: bankruptcydepartment@tsico.com | Dec 13 2023 00:10:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 14851182 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 00:09:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14883248 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:51 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14890993 | + | Email/Text: bkteam@selenefinance.com | | |

Case 18-70383-JAD   Doc 114   Filed 12/14/23   Entered 12/15/23 00:29:34   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 13 2023 00:09:00 | Laelia, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 15620241 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Dec 13 2023 00:09:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14851184 | ^ | MEBN | | |
| | | | Dec 12 2023 23:58:57 | Receivables Outsourcing, LLC, P.O. Box 62850, Baltimore, MD 21264-2850 |
| 14851185 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 13 2023 00:16:52 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14851186 | ^ | MEBN | | |
| | | | Dec 12 2023 23:58:59 | Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14851187 | ^ | MEBN | | |
| | | | Dec 13 2023 00:00:18 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Selene Finance |
| cr | | Selene Finance LP as servicer for Laelia, LLC |
| cr | | Toyota Lease Trust |
| 14862288 | * | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
    on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Selene Finance LP as servicer for Laelia  LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor MCLP Asset Company  Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Joshua I. Goldman
    on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 25

Lisa Cancanon
    on behalf of Creditor Selene Finance lisac@w-legal.com Llombardi06@law.du.edu

Lisa Cancanon
    on behalf of Creditor Selene Finance LP as servicer for Laelia LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
    on behalf of Debtor Robert R. Leap ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9